**COLIN M. RUBICH**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Suite 3200
Billings, MT 59101
Phone: (406) 247-4684
FAX: (406) 657-6989
Email: Colin.Rubich@usdoj.gov

FILED
JUN 2 7 2017
Clerk, U S District Court
District Of Montana
Billings

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOHN HENRY SCHNEIDER, Defendant. | CR 17-77-BLG-SPW<br><br>MOTION TO QUASH AND RE-ISSUE SUMMONS |
|---|---|

The United States of America, represented by Colin M. Rubich, Assistant United States Attorney for the District of Montana, moves to quash and re-issue the Summons issued in the above-referenced case.

On June 22, 2017, the Grand Jury filed an indictment charging John Henry Schneider with two counts of false statement under oath in relation to a bankruptcy proceeding, in violation of 18 U.S.C. § 152(2); two counts of concealment of bankruptcy assets, in violation of 18 U.S.C. § 152(1); and one count of fraudulent transfer of assets in relation to a bankruptcy proceeding, in violation of 18 U.S.C. §

1

**COLIN M. RUBICH**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Suite 3200
Billings, MT 59101
Phone: (406) 247-4684
FAX: (406) 657-6989
Email: Colin.Rubich@usdoj.gov

FILED
JUN 2 7 2017
Clerk, U S District Court
District Of Montana
Billings

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOHN HENRY SCHNEIDER, Defendant. | CR 17-77-BLG-SPW<br><br>MOTION TO QUASH AND RE-ISSUE SUMMONS |
|---|---|

The United States of America, represented by Colin M. Rubich, Assistant United States Attorney for the District of Montana, moves to quash and re-issue the Summons issued in the above-referenced case.

On June 22, 2017, the Grand Jury filed an indictment charging John Henry Schneider with two counts of false statement under oath in relation to a bankruptcy proceeding, in violation of 18 U.S.C. § 152(2); two counts of concealment of bankruptcy assets, in violation of 18 U.S.C. § 152(1); and one count of fraudulent transfer of assets in relation to a bankruptcy proceeding, in violation of 18 U.S.C. §

1

152(7). An arraignment was set for July 11, 2017 at 9:00 a.m. in Billings and a Summons was issued.

The United States has since been informed that the defendant's address as listed on the Summons is no longer current. Therefore, the Summons cannot be served.

Wherefore, the United States respectfully requests the Summons be quashed and a new Summons issued for the defendant at the address of: 543 Camino De Orchidia Encinitas, CA 92024-3817.

DATED this 27th day of June, 2017.

LEIF M. JOHNSON
Acting United States Attorney

COLIN M. RUBICH
Assistant U.S. Attorney

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. CR 12, I hereby certify that the foregoing document is proportionately spaced, has a typeface of 14 points or more, and the body of the brief contains 181 words.

DATED this 27th day of June, 2017.

COLIN M. RUBICH
Assistant U.S. Attorney