

**FILED**

JUL 2 4 2017

Clerk, U S District Court
District Of Montana
Billings

COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17-77-BLG-SPW** |
| **Plaintiff,** | **SUPERSEDING INDICTMENT** |
| **vs.** | **FALSE STATEMENT UNDER OATH IN RELATION TO A BANKRUPTCY PROCEEDING** (Count I-II) Title 18 U.S.C. § 152(2) (Penalty: 5 years imprisonment, $250,000 fine, and three years supervised release) |
| **JOHN HENRY SCHNEIDER,** | |
| **Defendant.** | **CONCEALMENT OF BANKRUPTCY ASSETS** (Count III-IV) Title 18 U.S.C. § 152(1) (Penalty: 5 years imprisonment, $250,000 fine, and three years supervised release) |
| | **FRAUDULENT TRANSFER OF ASSETS IN RELATION TO A BANKRUPTCY PROCEEDING** (Count V) Title 18 U.S.C. § 152(7) (Penalty: 5 years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

On or about December 12, 2014, at Billings, in the State and District of Montana, the defendant, JOHN HENRY SCHNEIDER, knowingly and fraudulently made a false material statement under oath and in relation to a case under Title 11, *In re: John Henry Schneider*, Case No. 14-61357, by falsely swearing under oath in the Statement of Financial Affairs filed with the United States Bankruptcy Court on December 12, 2014, that the Statement of Financial Affairs was true and correct, when, in fact, it was not true or correct as it had omitted financial transfers of approximately $539,736.22, personal property valued at approximately $15,495 and financial assets of approximately $309,686.00, in violation of 18 U.S.C. § 152(2).

## COUNT II

On or about January 23, 2015, at Billings, in the State and District of Montana, the defendant, JOHN HENRY SCHNEIDER, knowingly and fraudulently made a false material statement under oath and in relation to a case under Title 11, *In re: John Henry Schneider*, Case No. 14-61357, by falsely testifying under oath in a proceeding before the case trustee at a meeting of creditors that the Statement of Financial Affairs filed with the United States Bankruptcy Court on December 12, 2014 was accurate and complete, when, in

2

fact, it was not accurate or complete as it had omitted financial transfers of approximately $539,736.22, personal property valued at approximately $15,495 and financial assets of approximately $309,686.00, in violation of 18 U.S.C. § 152(2).

## COUNT III

On or about December 12, 2014, at Billings, in the State and District of Montana, the defendant, JOHN HENRY SCHNEIDER, did knowingly and fraudulently conceal property belonging to his bankrupt estate, Bankruptcy Case No. 14-61357, specifically U.S. Bank Account number 1-500-9160-2881 containing approximately $309,686.00, from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee, in violation of 18 U.S.C. § 152(1).

## COUNT IV

On or about December 12, 2014, at Billings, in the State and District of Montana, the defendant, JOHN HENRY SCHNEIDER, did knowingly and fraudulently conceal property belonging to his bankrupt estate, Bankruptcy Case No. 14-61357, specifically a 2001 Harley Davidson Motorcycle, from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee, in violation of 18 U.S.C. § 152(1).

COUNT V

From on or about March 11, 2013 until on or about May 3, 2014, at Billings,

in the State and District of Montana, the defendant, JOHN HENRY SCHNEIDER,

in contemplation of bankruptcy against his personal estate, did knowingly and

fraudulently transfer approximately $539,736.22 to an individual know as K.B.

with the intent to defeat the provisions of Title 11, all in violation of 18 U.S.C.

§ 152(7).

A TRUE BILL.

Foreperson Signature Redacted.

FOREPERSON

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons  X

Warrant: _____

Bail: none

Summons
8/29/2017 @ 9:00 am
Billings, TJC

4