FILED

DEC 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. JOHN HENRY SCHNEIDER, Defendant-Appellant. | No. 18-30187 D.C. No. 1:17-cr-00077-SPW-1 District of Montana, Billings ORDER |

Before: LEAVY and HURWITZ, Circuit Judges.

Appellant's motions for a stay of sentence or bail pending appeal (Docket Entry Nos. 9, 26) are denied. Appellant has not shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable," and that "if that substantial question is determined favorably to defendant on appeal, that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed," or a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b).

The opening brief and excerpts of record are due February 19, 2019; the answering brief is due March 21, 2019; and the optional reply brief is due within

IHP/MOATT

21 days after service of the answering brief.