|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | FEB 14 2019 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| UNITED STATES OF AMERICA, | No. 18-30187 |
|---|---|
| Plaintiff-Appellee, | D.C. No.<br>1:17-cr-00077-SPW-1 |
| v. | District of Montana,<br>Billings |
| JOHN HENRY SCHNEIDER, | |
| Defendant-Appellant. | ORDER |

Before: LEAVY and HURWITZ, Circuit Judges.

The motion to stay appellant's surrender date is denied (Docket Entry No. 28).

The motion for an extension of time to file the opening brief is granted (Docket Entry No. 28). Further requests for an extension of time to file the opening brief will be disfavored.

The opening brief and excerpts of record are due March 19, 2019; the answering brief is due April 19, 2019; the optional reply brief is due within 21 days after service of the answering brief.

FG/MOATT